UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 3:20-cv-01934-CCC |
| SAROJ HOTELS, INC., | : |
| Defendant. | : |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on May 6, 2021, Plaintiff OWEN HARTY ("Plaintiff") and Defendant SAROJ HOTELS, INC. ("Defendant") reached a confidential agreement resolving their disputes ("the Agreement").

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval by the Court, that all claims between Plaintiff and Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Stipulation and Order of Dismissal are pursuant to the Agreement.

STIPULATED AND AGREED BY:

*/s/ John F. Ward*
John F. Ward, Esquire
THOMAS B. BACON, P.A.
329 S. Devon Ave.
Wayne, PA 19087

Phone: 610-952-0219
Fax: 954-237-1990
johnfward@gmail.com


*/s/ Tamara S. Grimm*
Tamara S. Grimm, Esquire
O'HAGAN MEYER
1500 Market St., East Tower, 12th Floor
Philadelphia, PA 19102
Phone: 215-461-3306
Fax: 215-665-8300
tgrimm@ohaganmeyer.com

IT IS SO ORDERED:


/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge